

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2018

No. 04-18-00457-CV

James Clinton **COYLE**, Janice Presley Coyle a/k/a Janice Presley, and Cody Presley,
Appellants

v.

**COYLE FAMILY FARM, INC**, Coyle Farms Partnership, Mike Coyle, Doug Coyle, Tim
Coyle, and Tom Tompkins,
Appellees

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 17-12-24620-CV
Honorable Camile G. Dubose, Judge Presiding

## O R D E R

Appellants have filed an unopposed second motion for an extension of time to file the reporter's record. The facts appellants rely on to reasonably explain the need for an extension include that the court reporter for a February 23, 2018 hearing in this case has accepted payment for the transcript of that hearing, but has not completed the transcription because she is currently working on another case.

We **ORDER** the court reporter, Kelly Grossman, to file the remaining volume of the reporter's record by **November 21, 2018**. We grant appellants' motion in part and order the appellants to file their brief within 30 days of the date the court reporter files the last volume of the reporter's record.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court